| | |
|---|---|
| 1 | THOMAS V. MILES 131118 |
| | ATTORNEY AT LAW |
| 2 | 5200 NORTH PALM, SUITE 408 |
| | FRESNO, CALIFORNIA 93704 |
| 3 | TELEPHONE: (559) 241-7000 |
| 4 | ATTORNEY FOR VERA REED |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:13-CR-00099 AWI BAM |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE, |
| vs. | ) | AND ORDER THEREON |
| VERA REED, | ) | DATE: June 10, 2013 |
| | ) | TIME: 1:00 PM |
| | ) | DEPT: Hon. Barbara McAuliffe |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status hearing presently scheduled before the Hon Barbara A. McAuliffe for June 10, 2013 at the hour of 1:00 PM be continued to August 26, 2013 at 1:00 PM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: June 6, 2013.  .BENJAMIN B. WAGNER, United States Attorney

By: /s/ Mark J. McKeon
Mark J. McKeon, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: June 6, 2013.

/s/ Thomas V. Miles
THOMAS V. MILES,
Attorney for Defendant REED

ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

IT IS SO ORDERED.

Dated: June 6, 2013  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE